UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE ARREST WARRANT | Case No. _____ <br><br> October 7, 2020 <br><br> **Filed Under Seal** |

## MOTION TO SEAL

The United States of America respectfully submits this motion to seal the above-captioned matter, including the complaint, affidavit, and arrest warrant, and this motion and order to seal, for a period of three months, until January 7, 2021 or until further order of this Court. The United States submits that sealing is necessary because the matter relates to an ongoing criminal investigation that is neither public nor known to the target of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation, including by giving the target an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Lauren C. Clark*
LAUREN C. CLARK
ASSISTANT UNITED STATES ATTORNEY
10000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604