UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE ARREST WARRANT | Case No. _____ <br><br> **Filed Under Seal** |

## ORDER TO SEAL

The United States has submitted a motion to seal the above-captioned matter, including the complaint, affidavit, and arrest warrant, and this motion and order to seal, for a period of three months, until January 7, 2021 or until further order of this Court.

The Court finds that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Specifically, the Court determines that this matter pertains to ongoing criminal investigation that is neither public nor known to the target of the investigation. Accordingly, there is reason to believe that notification of the existence of the materials will jeopardize the investigation, including by giving the target an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior.

IT IS THEREFORE ORDERED that the above-captioned matters, including the complaint, affidavit, and arrest warrant, and this motion and order to seal, are sealed for a period of three months, until January 7, 2021 or until further order of this Court.

Dated: October __7__, 2020

/s/ William I. Garfinkel, USMJ
_____
HON. WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE