AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
| KEVIN CURLEY | ) Case No. |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kevin Curley,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) & (b)(1) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) & (b)(2) | Possession of Child Pornography |

Date: 10/7/2020

/s/ William I. Garfinkel, USMJ

*Issuing officer's signature*

City and state: Bridgeport, CT

Hon William I. Garfinkel, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* 10/7/2020, and the person was arrested on *(date)* 10/8/2020
at *(city and state)* MORRIS, CT.

Date: 10/8/2020

*Arresting officer's signature*

HSI SA JORDAN OLIVEIRA
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: KEVIN MICHAEL CURLEY

Known aliases: ___

Last known residence: 4 KENYON RD MORRIS CT

Prior addresses to which defendant/offender may still have ties: ___

Last known employment: UNEMPLOYED

Last known telephone numbers: 203 654 0117

Place of birth: WATERBURY CT USA

Date of birth: 12/14/80

Social Security number: 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

Height: 5'6          Weight: 175

Sex: M               Race: WHITE

Hair: BROWN          Eyes: HAZEL

Scars, tattoos, other distinguishing marks: SCISSORS ON HIP

History of violence, weapons, drug use: ___

Known family, friends, and other associates *(name, relation, address, phone number)*: CORY CURLEY 860 207 9266

FBI number: ___

Complete description of auto: ___

Investigative agency and address: HSI NEW HAVEN 150 COURT STREET NEW HAVEN, CT SUITE 615

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ___

Date of last contact with pretrial services or probation officer *(if applicable)*: ___

Keizo Michael Conley

4 Kanyon Rd. Monroe CT

Unemployed
203 651 7117
Waterbury CT USA
12/14/80
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

STC                                                         175
                                                         White
(Brown)                                                  Hazel
                                        Sassyans, MO H#P

Casey Conley   460 207 9266

HSI New Haven   150 Court Street
New Haven, CT   Ste. 615