UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    vs.                                      CRIMINAL NO. 3:20-MJ-868 (WIG)

KEVIN CURLEY                                October 19, 2020

### CONSENT MOTION TO CONTINUE PROBABLE CAUSE HEARING

The Defendant, Kevin Curley, submits the following motion to continue the probable cause hearing in the above-captioned matter for 60 days, pursuant to Rules 5.1(d) and 45(b) of the Federal Rules of Criminal Procedure. Mr. Curley's hearing is presently scheduled for October 22, 2020, and he respectfully requests that it be continued to December 21, 2020.

Mr. Curley is currently charged by complaint. Under 18 U.S.C. § 3161(b), an indictment or information must be filed within 30 days of the defendant's arrest. Rule 5.1(c) of the Federal Rules of Criminal Procedure additionally requires that a preliminary hearing be held within 21 days of the initial appearance of a defendant who has been released from custody.

The continuance is sought so that Mr. Curley and counsel may receive discovery and continue to evaluate how to appropriately respond to the charge in this matter, including through the possible resolution of the matter without an indictment or probable cause hearing.

Mr. Curley has orally agreed to waive his rights to a preliminary hearing under Rule 5.1 and speedy trial / indictment under 18 U.S.C. § 3161(b) until December 21, 2020. A written waiver has been delayed due to the COVID-19 pandemic, but will be obtained by mail and will be filed as soon as possible.

This is Mr. Curley's first request for a continuance of the probable cause hearing.

Assistant United States Attorney Lauren Clark has been consulted and consents to this motion.

For these reasons and based on the interests of justice, the Defendant requests that the Court continue the probable cause hearing from October 22, 2020 to December 21, 2020.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | THE DEFENDANT,<br>Kevin Curley |
|  | FEDERAL DEFENDER OFFICE |
| Date: October 19, 2020 | */s/ Kelly M. Barrett*<br>First Assistant Federal Defender<br>265 Church Street, Suite 702<br>New Haven, CT 06510<br>Phone: (203) 498-4200<br>Bar No.: ct27410<br>Email: kelly_barrett@fd.org |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2020, a copy of the foregoing Consent Motion to Continue Probable Cause Hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Kelly M. Barrett*
Kelly M. Barrett