UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    vs.                                    CRIMINAL NO. 3:20-MJ-868 (WIG)

KEVIN CURLEY                             October 29, 2020

**CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE**

      The Defendant, Kevin Curley, submits the following motion to modify the conditions of his release. On October 13, he was ordered released on a series of conditions, including a $150,000 bond signed by five co-signors, GPS monitoring and home confinement, internet monitoring, and a condition that he reside at a specified address in Morris, Connecticut with a third-party custodian investigated by Probation and approved by the Court. Doc. # 11.

      Mr. Curley now needs to change his place of residence due to his case being publicized and due to individuals posting his address/custodian information on social media and making intimidating statement and comments. He has made alternative arrangements to live at the home of a third party in Connecticut. He will have his own bedroom there, and there are no children in the home. The new Connecticut address has been provided to the government and to Senior United States Probation Officer Kim Gorton who has conducted a home visit. In addition, information about the custodian, including name, date of birth, and address has been provided to the Probation Office and the government, and Probation has had the opportunity to meet the third-party custodian, who is a professional with no criminal history.

      Mr. Curley, therefore, requests that his conditions of release be modified to allow him to reside at the address provided to the Probation Office and with the new third-party custodian. He also

requests that the new residence and related information regarding the custodian not be posted on the docket due to privacy and security concerns.  All other conditions of release would remain the same.

Assistant United States Attorney Lauren Clark has been consulted and does not object to this motion.

                                                Respectfully submitted,

                                                THE DEFENDANT,
                                                Kevin Curley

                                                FEDERAL DEFENDER OFFICE

Date: October 29, 2020                        */s/ Kelly M. Barrett*
                                                First Assistant Federal Defender
                                                265 Church Street, Suite 702
                                                New Haven, CT 06510
                                                Phone: (203) 498-4200
                                                Bar No.: ct27410
                                                Email: kelly_barrett@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 29, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                */s/ Kelly M. Barrett*
                                                Kelly M. Barrett