UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    vs.                                        CRIMINAL NO. 3:20-MJ-868 (WIG)

KEVIN CURLEY                                   November 18, 2020

**CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE**

      The Defendant, Kevin Curley, submits the following motion to modify the conditions of his release. On October 13, 2020, this Court released him on a set of conditions, including a $150,000 bond signed by five co-signors, GPS monitoring, home confinement, internet monitoring, and a condition that he reside at a specified address in Morris, CT with a third party custodian. Doc. # 11. On October 29, 2020, the Court modified his conditions of release to change his place of residence due to his case being publicized and due to individuals posting his address/custodian information on social media and making intimidating statement and comments. Mr. Curley has been compliant with all conditions since his release.

      Mr. Curley now seeks Court approval for two things: (1) to visit his family on Thanksgiving Day at their home with his wife present at all times (at an address provided to USPO); and (2) to access the outdoor yard area of the home where he currently lives so that he can do chores, yardwork, and get fresh air. All conditions, including GPS monitoring, will remain in place. Probation will have the opportunity to ascertain if there are any electronic devices in the home for purposes of the Thanksgiving visit.

      Undersigned counsel has consulted with Assistant United States Attorney Lauren Clark and Senior United States Probation Officer Kim Gorton. Neither has any objection to this motion being granted.

                                        Respectfully submitted,

                                        THE DEFENDANT,
                                        Kevin Curley

                                        FEDERAL DEFENDER OFFICE

Date: November 18, 2020               */s/ Kelly M. Barrett*
                                        First Assistant Federal Defender
                                        265 Church Street, Suite 702
                                        New Haven, CT 06510
                                        Phone: (203) 498-4200
                                        Bar No.: ct27410
                                        Email: kelly_barrett@fd.org

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 18, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                   */s/ Kelly M. Barrett*
                                   Kelly M. Barrett