## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

      vs.                                        CRIMINAL NO. 3:20-MJ-868 (WIG)

KEVIN CURLEY                                  December 3, 2020

### MOTION TO MODIFY CONDITIONS OF RELEASE RE VISITATION SCHEDULE

      Kevin Curley submits the following motion to modify the conditions of his release. On October 13, 2020, the Court released him on a set of conditions, including a $150,000 bond with five co-signors, GPS monitoring and home detention, and a condition that he reside at a specified address. Doc. # 11. On October 29, 2020, the Court modified his conditions of release to change his place of residence due to his case being publicized and due to individuals posting his address/custodian information on social media and making intimidating statement and comments. Doc. # 16. On November 19, 2020, the Court granted him permission to visit his family on Thanksgiving. Doc. # 20. That visit occurred without incident, and Mr. Curley has been compliant with all conditions of release.

      He now asks the Court to modify the conditions of his release to permit him to leave his residence for the purpose of visiting his children at their home and assisting his wife to pack up tools in the garage and basement and other similar household chores, because the family has sold their home and plans to move later this month. The visits would be at all times in the presence of his wife, who is one of his bond cosignors. Probation has conducted a virtual home visit and interview with Mr. Curley's wife. Probation has inquired regarding any electronic devices in the home which will either be kept password protected, locked, and/or will not be used by Mr. Curley.

      The proposed schedule for visits is as follows:

- Saturday and Sunday (12/5 and 12/6, 12/12 and 12/13, and 12/19 and 12/20) from 11-7 for the visit (out of house including travel time 10-8)

- Tuesdays and Thursdays for Hanukkah – 12/10, 12/15, /12/17 from 5-7 (out of house including travel 4-8)

- Christmas eve and day 12/24 and 12/25 from 8-7 (out of the house including travel from 7am-8pm)

All other conditions, including the location of his residence and internet and location monitoring, would remain the same.

Undersigned counsel has consulted with Assistant United States Attorney Lauren Clark and Senior United States Probation Officer Kim Gorton. Officer Gorton has no objection to this motion being granted. AUSA Clark has stated that she defers to the Probation Office and the Court regarding this motion.

|  | Respectfully submitted, |
|---|---|
|  | THE DEFENDANT, |
|  | Kevin Curley |
|  |  |
|  | FEDERAL DEFENDER OFFICE |
| Date: December 03, 2020 | */s/ Kelly M. Barrett* |
|  | First Assistant Federal Defender |
|  | 265 Church Street, Suite 702 |
|  | New Haven, CT 06510 |
|  | Phone: (203) 498-4200 |
|  | Bar No.: ct27410 |
|  | Email: kelly_barrett@fd.org |

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 03, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        */s/ Kelly M. Barrett*
                                        Kelly M. Barrett