# UNITED STATES DISTRICT COURT
## for
## Connecticut

U.S.A. vs. Kevin Curley                                  Docket Number: 0205 3:20-00868M-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Caitlin C. Brennan, Probation Officer, presenting an official report upon the conduct of defendant Kevin Curley, who was placed under pretrial release supervision by the Honorable William I. Garfinkel, U.S. Magistrate Judge sitting in the court at Bridgeport, Connecticut on the thirteenth day of October, 2020 under the following conditions:

The defendant is placed in the custody of:
Person or organization  Michelle Thompson
Address *(only if above is an organization)*
City and State  New Haven, CT                           Tel. No.
Submit to supervision by and report for supervision to the  U.S. Pretrial Services Office
telephone number                            no later than

[✓] surrender any passport to: Counsel
[✓] not obtain a passport or other international travel document.
[✓] abide by the following restrictions on personal association, residence, or travel:
    Travel restricted to CT
[✓] avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including:

[✓] get medical or psychiatric treatment:
    at the direction of probation and execute release of information provided by the service provider
[✓] not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. ¶ 802, unless prescribed by a licensed medical practitioner.
[✓] not possess a firearm, destructive device, or other weapon
[✓] not use alcohol   ( ) at all      (●) excessively.
[✓] participate in one of the following location restriction programs and comply with its requirements as directed.
    [✓] Curfew. Your are restricted to your residence every day  __X__  from  8:00 PM  to  7:00 A  or _____ as directed by the pretrial services office or supervising officer; or
    [✓] Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    [ ] Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

- [✓] submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
- [ ] You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services officer or supervising officer.
- [✓] report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

Comply with DCF and no unsupervised visits with his own children or contact with other minor children. Defendant shall not loiter in places where minors are known to congregate.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 11, 2020 at 11:42 AM, Mr. Curley cut off his GPS Tracker and absconded from his home in New Haven, CT. Attempts to contact Mr. Mr. Curley at that time via his cellular phone were unsuccessful as it appeared as though he may have turned his phone off. Contact was made with Mr. Curley's third-party custodian, Michelle Thompson, who confirmed Mr. Curley was no longer in the home. She further located the GPS tracker Mr. Curley had removed from his ankle. In addition, a note left behind by Mr. Curley was also discovered. The context of the note was concerning, leading this officer and his third party custodian to have concerns for Mr. Curley's mental health status. In the note, Mr. Curley advised that he could be located at location in Woodbridge, CT. Due to concerns for the safety of the defendant and the community, this officer contacted Woodbridge Police Department and requested that a welfare check be conducted at the location noted. Woodbridge Police Department responded, however they were unable to locate Mr. Curley.

At 2:01 AM, Mr. Curley returned to his residence in New Haven, and he contacted this officer. He denied suicidal thoughts and refused medical attention. Due to the late hour, Mr. Curley was enrolled remotely with SmartLink technology to monitor his whereabouts in the interim and was left in the custody of his third-party custodian.

| PRAYING THAT THE COURT WILL ORDER | a summons compelling Mr. Curley to come before the Court and show cause as to why his bond should not be revoked or modified. |
|---|---|
| ORDER OF COURT  Considered and ordered this ___ day of _____, 20__ and ordered filed and made a part of the records in the above case.  _____  U.S. District Judge/Magistrate Judge | I declare under penalty of perjury that the foregoing is true and correct  Executed on    Dec 11, 2020  Caitlin C. Brennan  U.S. Probation Officer  Place    New Haven, Connecticut |

**Submit by Email**   **Print**   **Save As...**