AO 83 (Rev. 3/11) (CT Rev 10/15) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) Case No.  0205 3:20-00868M-001 |
| Kevin Curley | ) |
| *Defendant* | ) |

True Copy
ATTEST:
ROBIN D. TABORA
Clerk U.S. District Court
By _____
Deputy clerk

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

| Place: The Honorable William I. Garfinkel<br>U.S. Magistrate Judge<br><br>Bridgeport, Connecticut | Courtroom No.: 435 |
|---|---|
| | Date and Time: December 15, 2020   1:00 PM |

This offense is briefly described as follows:

Mr. Curley is alleged to have violated the conditions of his pretrial supervision by removing his location monitoring bracelet.

Date: December 14, 2020

_____
*Issuing officer's signature*

_____
*Printed Name and Title*

I declare under penalty of perjury that I have:

☐ Executed and returned the summons     ☐ Returned the summons unexecuted

Date: _____              _____
                                    *Server's signature*

                                    _____
                                    *Printed name and title*