## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    vs.                                  CRIMINAL NO. 3:20-MJ-868 (WIG)

KEVIN CURLEY                            December 21, 2020

### CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE RE: VISITATION

The Defendant, Kevin Curley, submits the following motion to modify the conditions of his release. On October 13, he was ordered released on a series of conditions including a $150,000 bond and a condition that he reside at 136 Benton Road, Morris, CT, 06763. Doc. # 11. On October 29 the Court modified his conditions of release to change his place of residence due to his case being publicized and due to individuals posting his address/custodian information on social media and making intimidating statement and comments. Doc. # 16. On December 15, 2020, the Court modified his residence temporarily to an extended stay motel with his father, George Curley. On November 19 he received permission to visit his family on Thanksgiving. Doc. # 20. On December 4, his conditions of release were modified to allow him to visit his children at their home, at all times in the presence of his wife, who is one of his bond cosignors, on specific dates.

At the time, Mr. Curley only requested such visits on specific dates in December, in anticipation of his family moving to a new home. However, they have not yet made the move to the new home and he now wishes to extend the visitation schedule, under the same conditions.

The proposed schedule for the additional visits is as follows:

-Saturday and Sunday (12/26 and 12/27, and 1/2/21 and 1/3/21) from 11-7 for the visit (out of house including travel time10-8), as well as

-Thursday and Friday, New Year's Eve Day and New Year's Day, December 31 and January 1, from 8 am-7 pm (out of the house including travel from 7am-8pm).

Each visit will be a day trip only. Mr. Curley will be accompanied and driven by his current custodian, his father George Curley, and the visits will occur in the presence of both the custodian (George Curley) and Mr. Curley's wife.

All other conditions, including the location of his residence and location monitoring, will remain the same.

Assistant United States Attorney Lauren Clark and Senior United States Probation Officer Kim Gorton have been consulted and do they do not object to this motion.

> Respectfully submitted,
>
> THE DEFENDANT,
> Kevin Curley
>
> FEDERAL DEFENDER OFFICE

Date: December 21, 2020         */s/ Kelly M. Barrett*
                                First Assistant Federal Defender
                                265 Church Street, Suite 702
                                New Haven, CT 06510
                                Phone: (203) 498-4200
                                Bar No.: ct27410
                                Email: kelly_barrett@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2020, a copy of the foregoing Consent Motion to Continue Probable Cause Hearing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

> */s/ Kelly M. Barrett*
> Kelly M. Barrett

2