UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    vs.                                        CRIMINAL NO. 3:20-MJ-868 (WIG)

KEVIN CURLEY                                       January 4, 2021

**CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE**

      The Defendant, Kevin Curley, submits the following motion to modify the conditions of his release. On October 13, 2020, he was ordered released on a series of conditions, including a $150,000 bond. Doc. # 11. On October 29, the Court modified his conditions of release to change his place of residence due to his case being publicized and due to individuals posting his address/custodian information on social media and making intimidating statement and comments. Doc. # 16. On November 19, he received permission to visit his family on Thanksgiving. Doc. # 20. On December 4, his conditions of release were modified to allow him to visit his children at their home, at all times in the presence of his wife, who is one of his bond cosignors, on specific dates. Doc. # 24. Those visits have so far occurred without incident. On December 22, he was granted permission for a series of visits over the holiday period. Doc. # 30.

      Mr. Curley's wife and children are moving to a new home this week, the address of which has been provided to Probation. He now wishes to request additional visits, under the same conditions as at the old home. These visits would be to allow him to help his wife with the move and in setting up the new home. After that, he would like to establish a regular schedule of visits.

The proposed schedule for the additional visits is as follows:

- Tuesday, January 5, 1 PM – 8 PM

- Wednesday, January 6, 10 AM – 8 PM

- Thursday, January 7, 1 PM – 8 PM

Starting on January 9, subsequent visits would occur on a regular weekly schedule:

Tuesdays 3-8 PM

Thursdays 3-8 PM

Saturdays 9 AM-8 PM

Sundays 9 AM-8 PM

All of these visits would take place under the same conditions as his previous visits. Each visit would be a day trip only. On each visit, Mr. Curley would be accompanied and driven by his current custodian, his father, George Curley, and the visits would occur in the presence of both his father and Mr. Curley's wife.

All other conditions, including location monitoring, would remain the same, with the exception of the change in address.

Assistant United States Attorney Lauren Clark and Senior United States Probation Officer Kim Gorton have been consulted and they do not object to this motion.

<table>
<tr><td></td><td>Respectfully submitted,<br><br>THE DEFENDANT,<br>Kevin Curley<br><br>FEDERAL DEFENDER OFFICE</td></tr>
<tr><td>Date: January 04, 2021</td><td>/s/ Kelly M. Barrett<br>First Assistant Federal Defender<br>265 Church Street, Suite 702<br>New Haven, CT 06510<br>Phone: (203) 498-4200<br>Bar No.: ct27410<br>Email: kelly_barrett@fd.org</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 04, 2021, a copy of the foregoing Consent Motion to Modify Conditions of Release was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kelly M. Barrett
Kelly M. Barrett