# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                    CRIMINAL NO. 3:20-MJ-868 (WIG)

KEVIN CURLEY                           January 14, 2021

## CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Kevin Curley, submits the following motion to modify the conditions of his release to approve two specific visits.

On October 13, 2020, he was ordered released on a series of conditions, including a $150,000 bond and a condition that he reside in Morris, CT.  Doc. # 11.  On October 29, the Court modified his conditions of release to change his place of residence due to his case being publicized and due to individuals posting his address/custodian information on social media and making intimidating statement and comments.  Doc. # 16.  On November 19, he received permission to visit his family on Thanksgiving.  Doc. # 20.  On December 4, his conditions of release were modified to allow him to visit his children at their home, at all times in the presence of his wife, who is one of his bond cosignors, on specific dates.  Doc. # 24.  On December 22, he was granted permission for a series of visits over the holiday period.  Doc. # 30.  On January 4, he sought and received permission for a regular schedule of visits.  Doc. # 32, 22.

Mr. Curley now seeks two changes to the visitation schedule.  The first is that he be allowed to visit on January 18, 2021, a holiday, between 9 AM and 8 PM.  The second is that he would like the schedule for his Thursday visits to be extended to 1-8 PM (they are currently 3-8 PM).

All of these visits would take place under the same conditions as his previous visits.  Each visit would be a day trip only.  On each visit, Mr. Curley would be accompanied and driven by his

current custodian, his father, George Curley, and the visits would occur in the presence of both his father and Mr. Curley's wife.  All other conditions, including location monitoring, would remain the same, with the exception of the change in address.

Assistant United States Attorney Lauren Clark and Senior United States Probation Officer Kim Gorton have been consulted and they do not object to this motion.

Respectfully submitted,

THE DEFENDANT,
Kevin Curley

FEDERAL DEFENDER OFFICE

Date: January 14, 2021          /s/ Kelly M. Barrett
                                First Assistant Federal Defender
                                265 Church Street, Suite 702
                                New Haven, CT 06510
                                Phone: (203) 498-4200
                                Bar No.: ct27410
                                Email: kelly_barrett@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2021, a copy of the foregoing Consent Motion to Modify Conditions of Release was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kelly M. Barrett
Kelly M. Barrett