UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    vs.                                              CRIMINAL NO. 3:20-MJ-868 (WIG)

KEVIN CURLEY                                    January 19, 2021

**CONSENT MOTION TO CONTINUE PROBABLE CAUSE HEARING**

The Defendant, Kevin Curley, submits the following motion to continue the probable cause hearing in the above-captioned matter for 60 days, pursuant to Rules 5.1(d) and 45(b) of the Federal Rules of Criminal Procedure. Mr. Curley's hearing is scheduled for February 19, 2021, and he respectfully requests that it be continued to April 19, 2021.

Mr. Curley is currently charged by complaint. Under 18 U.S.C. § 3161(b), an indictment or information must be filed within 30 days of the defendant's arrest. Rule 5.1(c) of the Federal Rules of Criminal Procedure additionally requires that a preliminary hearing be held within 21 days of the initial appearance of a defendant who has been released from custody.

The continuance is sought so that Mr. Curley and counsel may receive discovery and continue to evaluate how to appropriately respond to the charge in this matter, including through the possible resolution of the matter without an indictment or probable cause hearing.

Mr. Curley has orally agreed to waive his rights to a preliminary hearing under Rule 5.1 and speedy trial / indictment under 18 U.S.C. § 3161(b) until March 15, 2021. In addition, an electronically signed version is attached.

This is Mr. Curley's third request for a continuance of the probable cause hearing.

Assistant United States Attorney Lauren Clark has been consulted and consents to this motion.

For these reasons and based on the interests of justice, the Defendant requests that the Court continue the probable cause hearing from February 19, 2021 to April 19, 2021.

Respectfully submitted,

THE DEFENDANT,
Kevin Curley

FEDERAL DEFENDER OFFICE

Date: January 19, 2021                /s/ Kelly M. Barrett
                                      First Assistant Federal Defender
                                      265 Church Street, Suite 702
                                      New Haven, CT 06510
                                      Phone: (203) 498-4200
                                      Bar No.: ct27410
                                      Email: kelly_barrett@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2021, a copy of the foregoing Consent Motion to Continue Probable Cause Hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kelly M. Barrett
Kelly M. Barrett