UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 3:20-MJ-868 (WIG) |
| KEVIN CURLEY | February 19, 2021 |

## CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Kevin Curley, submits the following motion to modify the conditions of his release to approve two specific visits.

On October 13, 2020, he was ordered released on a series of conditions, including a $150,000 bond and a condition that he reside in Morris, CT. Doc. # 11. On October 29, the Court modified his conditions of release to change his place of residence due to his case being publicized and due to individuals posting his address/custodian information on social media and making intimidating statement and comments. Over the last two months, he has requested and received permission to make a regular series of visits to see his children, in the presence of their mother and his father, his guardian. See Docs # 30, 33, 35.

Mr. Curley now seeks three changes to his bond conditions and an addition to the dates of his permitted visits to his family. The first is that his father, who drives him to and from his visits to his family, need not be present throughout the visits (but will still drive for him). Mr. Curley's wife will continue to supervise all visits, but his father (as much as he loves his grandchildren) does not need to be present for 100% of the time. The visits are currently scheduled for four days a week, including Saturday and Sunday from 9 AM to 8 PM – taking up a maximum of 32 hours a week and his father's entire weekend.

All of these visits would otherwise take place under the same conditions as his previous visits. Each visit would take place in the family home and be a day trip only. On each visit, Mr. Curley would be driven by his current custodian, his father, George Curley, and the visits would occur in the presence of Mr. Curley's wife. All other conditions, including location monitoring, would remain the same.

The second request is that Mr. Curley be allowed to accompany his wife to a local veterinarian's office. The family dog, Shelby, a Feist mixed-breed terrier now ten years old, has been suffering from coughing and respiratory issues for several months now, and there may be a need for follow-up appointments. Mr. Curley will furnish the name and address of the veterinarian and the times of any visits to his probation officer in advance. As with the home visits, he will be transported by his father and accompanied by his wife during these visits.

Finally, Mr. Curley requests that he be allowed to visit his family on certain additional days over the next few weeks. There are a number of school holidays and days off coming up and Mr. Curley would like to be able to spend them with his wife and children. Those days and times are:

> March 12: 8am-8pm
> March 17: 8am-8pm
> March 25: 12-8pm
> March 26: 12-8pm
>
> April 2: 8am-8pm

Assistant United States Attorney Lauren Clark and Senior United States Probation Officer Kim Gorton have been consulted and they do not object to this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | THE DEFENDANT, <br> Kevin Curley |
|  | FEDERAL DEFENDER OFFICE |
| Date: February 19, 2021 | /s/ Kelly M. Barrett <br> First Assistant Federal Defender <br> 265 Church Street, Suite 702 <br> New Haven, CT 06510 <br> Phone: (203) 498-4200 <br> Bar No.: ct27410 <br> Email: kelly_barrett@fd.org |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2021, a copy of the foregoing Consent Motion to Modify Conditions of Release was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                /s/ Kelly M. Barrett
                Kelly M. Barrett