UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    vs.                                       CRIMINAL NO. 3:20-MJ-868 (WIG)

KEVIN CURLEY                            March 11, 2021

## CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

      The Defendant, Kevin Curley, submits the following motion to modify the conditions of his release to permit a family gathering with his own children and nieces and nephews.

      On October 13, 2020, he was ordered released on a series of conditions, including a $150,000 bond and a condition that he reside in Morris, CT. Doc. # 11. On October 29, the Court modified his conditions of release to change his place of residence due to his case being publicized and due to individuals posting his address/custodian information on social media and making intimidating statement and comments. Over the last two months, he has requested and received permission to make a regular series of visits to see his children, in the presence of their mother and his father, his guardian. See Docs # 30, 33, 35.

      Mr. Curley now seeks permission to permit a family gathering for a birthday party for his son on Sunday, March 14, which is a regular visitation day. The gathering would occur at the family home, which has been investigated and approved by Probation. Mr. Curley's six nieces and nephews would also be present. Their ages are 18, 17, 15, 15, 11, and 5. Both of Mr. Curley's sisters would be present, as would his father, as would Mr. Curley's wife. All four adults are co-signors of the bond. USPO Kim Gorton has conferred with each parent of the other children (i.e., Mr. Curly's sisters and their husbands), and they all understand the charges in this case and approve the family gathering.

      All other conditions would remain the same.

Assistant United States Attorney Lauren Clark and Senior United States Probation Officer Kim Gorton have been consulted and they do not object to this motion.

Respectfully submitted,

THE DEFENDANT,
Kevin Curley

FEDERAL DEFENDER OFFICE

Date: March 11, 2021                /s/ Kelly M. Barrett
                                            First Assistant Federal Defender
                                            265 Church Street, Suite 702
                                            New Haven, CT 06510
                                            Phone: (203) 498-4200
                                            Bar No.: ct27410
                                            Email: kelly_barrett@fd.org

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 11, 2021, a copy of the foregoing Consent Motion to Modify Conditions of Release was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ Kelly M. Barrett
                                            Kelly M. Barrett