**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

vs. CRIMINAL NO. 3:20-MJ-868 (RAR)

KEVIN CURLEY March 29, 2021

## CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Kevin Curley, submits the following motion to modify the conditions of his release in three ways:

(1) to permit him to reside temporarily (two two-week periods) with his sister (who is a bond co-signor) instead of his father, who is temporarily unable to house him, because his father needs to return to California to sell his home and attend a house closing;

(2) to be allowed supervised visits with his nieces and nephews for day visits with the supervision of their parents; and

(3) to have additional visitation days with his own children on

a. Tuesday March 30th: 8am-8pm

b. Friday April 2nd: 8am-8pm

c. Tuesday April 6th: 8am-8pm

d. Tuesday April 13th: 8am-8pm

e. Tuesday April 20th: 8am-8pm

By way of background, on October 13, 2020, Judge Garfinkel released Kevin Curley on a set of conditions, including that he reside in Morris, Connecticut, subject to home detention with GPS monitoring, all of which was secured by a $150,000 bond co-signed by his wife, father, two sisters, and step-mother. Doc. # 11. On October 29, the Court modified his conditions of release to change

his place of residence to the home of a different third party custodian (a former professor and long-time friend) due to his case being publicized and due to individuals posting his address/custodian information on social media and making intimidating statements and comments.  Doc. # 17.  On December 15, those conditions were again modified.  Judge Garfinkel ordered him to reside with his father, George Curley and that Mr. George Curley be third-party custodian.  Doc. # 31.   Mr. George Curley, who lives in California, flew to Connecticut to serve as custodian for Mr. Kevin Curley.  Over the last three-and-a-half months, Mr. Curley and his father have lived in an efficiency hotel room.  Mr. Curley successfully completed intensive outpatient mental health treatment and is currently engaged in group treatment and individual therapy.  In addition, the Court previously approved a regular visitation schedule with his children (Tuesdays, Thursdays, Saturdays, and Sundays), and he has attended those visits regularly.  See Docs # 30, 33, 35, 39, and 41.   George Curley has been transporting Kevin Curley to his family visits.

      Mr. Curley's father, George Curley is in the process of selling his home in California and purchasing a new one in Connecticut.  He expects to close on the house in Connecticut in May.  In order to sell his house in California, he has to return to California in person.  He needs to close on that house on or around April 9.  He plans to do so from March 31 or as soon as possible thereafter through April 15 and then again from April 29 through May 12.  During these two two-week periods, Mr. Curley proposes to modify his conditions of release as follows:

- Live with his sister Carol (a bond co-signor) and her husband at their home in Waterbury, CT (exact address was provided to Probation)
    - Mr. Curley's sister works for Department of Correction approximately 7 am to 4 pm.  Her husband is furloughed and would be in the home.
    - There are numerous home projects that are available for Mr. Curley to do, which would provide purpose for him and help to the family.
    - The two minor children who normally live in the home would go to stay with their paternal grandparents.

- The 18 year old who lives in the home would remain in the home
- Sister and her husband would be third-party custodians
- Mr. Curley would continue his treatment as scheduled
- Mr. Curley would continue his family visits as scheduled
    - He is requesting permission to drive himself to and from the family visits
- Mr. Curley would remain on GPS monitoring with all other conditions the same, including internet monitoring.
- This would be for a temporary period described above after which he would return to living with his father George Curley

Mr. Curley's sister and brother-in-law own a lawful firearm and have agreed that it will be removed from the home prior to March 30, 2021. The relief requested in this motion is contingent on the firearm being removed, which Probation intends to verify on March 30, 2021.

In addition, Mr. Curley seeks permission to visit with his six nieces and nephews. This was the subject of a prior motion and was vetted by Probation and approved by the Court with respect to a particular family event. Mr. Curley now seeks permission to visit with his nieces and nephews under supervision of their parents more generally. Their parents (his sisters) fully support this request.

Finally, Mr. Curley seeks to amend his current visitation schedule to see his own children (under supervision of his wife). He typically sees them every Tuesday, Thursday, Saturday, Sunday. He proposes to add the additional times/dates:

Tuesday March 30th: 8am-8pm

Friday April 2nd: 8am-8pm

Tuesday April 6th: 8am-8pm

Tuesday April 13th: 8am-8pm

Tuesday April 20th: 8am-8pm

Undersigned counsel has notified Assistant United States Attorney Lauren Clark and Senior United States Probation Officer Kim Gorton of the proposed modifications. Senior USPO Kim Gorton spoke with Mr. Curley's sister and brother-in-law. She has a virtual home visit scheduled for

March 30, 2021. Probation has no objection to this motion being granted pursuant to the stipulations outlined above. AUSA Clark has stated that the government defers to Probation/the Court.

Respectfully submitted,

THE DEFENDANT,
Kevin Curley

FEDERAL DEFENDER OFFICE

Date: March 29, 2021

*<u>/s/ Kelly M. Barrett</u>*
First Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct27410
Email: kelly_barrett@fd.org

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on March 29, 2021, a copy of the foregoing Consent Motion to Modify Conditions of Release was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*<u>/s/ Kelly M. Barrett</u>*
Kelly M. Barrett