UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:20MJ868(RAR) |
| KEVIN CURLEY | : | March 29, 2021 |

## WAIVER OF SPEEDY TRIAL

The defendant, Kevin Curley, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. § 3161(b) requiring the filing of an indictment or information within 30 days of his arrest, and by Federal Rule of Criminal Procedure 5.1(c) requiring a preliminary hearing within 21 days of his initial appearance.   In support of this Waiver, the defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this document he will be giving up certain of those rights accorded him by the Speedy Trial Act; and

He requests that the Court find that the requested continuance is in the best interest of the defendant, that it outweighs the public interest in a speedy trial, and that the period of delay through and including June 18, 2021, should be excluded.

_Kevin Curley_  Date: 3-29-21
Kevin Curley

_Kelly M. Barrett_  Date: 3-29-21
Kelly M. Barrett

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 29, 2021, a copy of the foregoing Waiver was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                     */s/Kelly M. Barrett*
                                                     Kelly M. Barrett