UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.   CRIMINAL NO. 3:20-MJ-868 (RAR)

KEVIN CURLEY   JUNE 17, 2021

**CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE**

The Defendant, Kevin Curley, submits the following motion to modify the conditions of his release to permit him to spend additional days with his children over the summer vacation period. Specifically, in addition to the current schedule of visits, he would like to be allowed to have full-day visits (8 am- 8 pm) with his children on:

a. Friday, June 18

b. Monday-Friday, June 28, 29, and 30 and July 1-2

c. Sunday July 4th

d. Thursday-Friday, July 8-9

e. Wednesday, July 21

f. Friday, July 23

g. Monday-Friday, August 23-27

h. Monday, August 30-Friday, September 3

i. Monday-Tuesday, September 6-7

By way of background, Mr. Curley has been released on bond since October 13, 2020, on a set of conditions that include where and with whom he can live, his being subject to home detention with GPS monitoring, and a $150,000 bond co-signed by his wife, father, two sisters, and stepmother. Doc. # 11.  Several modifications have been made in the conditions since then, including allowing

changes to his residence. In addition, the Court previously approved a regular visitation schedule with his children (Tuesdays, Thursdays, Saturdays, and Sundays), and he has attended those visits regularly. See Docs # 30, 33, 35, 39, and 41. Those visits have been conducted under the supervision of his wife. His wife has been consulted and has no objection to the visitation schedule. All other conditions of his visits would remain unchanged aside from the additional dates.

Undersigned counsel has notified Assistant United States Attorney Lauren Clark and Senior United States Probation Officer Kim Gorton of the proposed modifications. Probation has no objection to this motion being granted. AUSA Clark has stated that the government consents to the granting of this motion.

        Respectfully submitted,

        THE DEFENDANT,
        Kevin Curley

        FEDERAL DEFENDER OFFICE

Date: June 17, 2021        */s/ Kelly M. Barrett*
        First Assistant Federal Defender
        265 Church Street, Suite 702
        New Haven, CT 06510
        Phone: (203) 498-4200
        Bar No.: ct27410
        Email: kelly_barrett@fd.org

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 17, 2021, a copy of the foregoing Consent Motion to Modify Conditions of Release was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            */s/ Kelly M. Barrett*
                                            Kelly M. Barrett