UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.   CRIMINAL NO. 3:20-MJ-868 (RAR)

KEVIN CURLEY   JUNE 24, 2021

## CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Kevin Curley, submits the following motion to modify the conditions of his release to permit him to spend additional time with his children and to permit him to assist his parents with yard work. Specifically, he seeks the following three modifications:

(1) Changes to the weekend curfew hours and specific date curfew hours – permit Mr. Curley to leave the residence from 7 am to 10 pm (previously 10 am to 8 pm) on Saturdays and Sundays and from 7 am to 10 pm on the dates previously approved by the Court as special visitation days (June 28, 29, and 30, July 1, 2, 4, 8, 9, 21, and 23, August 23, 24, 25, 26, 27, 30, and 31, September 1, 2, 3, 6 and 7) to facilitate longer supervised visits with his children;

(2) Change the weekday visitation days and times – permit Mr. Curley to visit his children routinely from 3 pm to 10 pm Tuesdays, Wednesdays, and Fridays, and from 1 pm to 10 pm on Thursday; and,

(3) Permit Mr. Curley to do yardwork in the yard of his residence for up to two hours per week to be submitted in his weekly schedule to Probation.

By way of background, Mr. Curley has been released on bond since October 13, 2020, on a set of conditions that include where and with whom he can live, his being subject to home detention with GPS monitoring, and a $150,000 bond co-signed by his wife, father, two sisters, and stepmother.

Doc. # 11.  Several modifications have been made in the conditions since then, including allowing changes to his residence.  In addition, the Court previously approved a regular visitation schedule with his children (Tuesdays, Thursdays, Saturdays, and Sundays), and he has attended those visits regularly.  See Docs # 30, 33, 35, 39, 41, 48, and 53.  Those visits have been conducted under the supervision of his wife.  His wife has been consulted and has no objection to the visitation schedule.  All other conditions of his visits would remain unchanged, aside from the additional dates.

      Undersigned counsel has notified Assistant United States Attorney Lauren Clark and Senior United States Probation Officer Kim Gorton of the proposed modifications.  Probation has no objection to this motion being granted.  AUSA Clark has stated that the government does not object to the granting of this motion, in light of Probation's position.

                                       Respectfully submitted,

                                       THE DEFENDANT,
                                       Kevin Curley

                                       FEDERAL DEFENDER OFFICE

Date: June 24, 2021                     /s/ Kelly M. Barrett
                                       First Assistant Federal Defender
                                       265 Church Street, Suite 702
                                       New Haven, CT 06510
                                       Phone: (203) 498-4200
                                       Bar No.: ct27410
                                       Email: kelly_barrett@fd.org

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 24, 2021, a copy of the foregoing Consent Motion to Modify Conditions of Release was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        */s/ Kelly M. Barrett*
                        Kelly M. Barrett