UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.  CRIMINAL NO. 3:20-MJ-868 (RAR)

KEVIN CURLEY  August 16, 2021

## CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Kevin Curley, submits the following motion to modify the conditions of his release to add visitation days with his children over the summer vacation period. Specifically, he would like to be permitted to visit them Tuesday-Friday August 17-20, and returning by 10:00 p.m. each during that time period. The custodians who will be with him during this time are his father and stepmother who are both bond co-signors.

By way of background, Mr. Curley has been released on bond since October 13, 2020, on a set of conditions that include where and with whom he can live, his being subject to home detention with GPS monitoring, and a $150,000 bond co-signed by his wife, father, two sisters, and stepmother. Doc. # 11. Several modifications have been made in the conditions since then, including allowing changes to his residence. In addition, the Court previously approved a regular visitation schedule with his children (Tuesdays, Thursdays, Saturdays, and Sundays), and he has attended those visits regularly. Those visits have been conducted under the supervision of his wife. His wife has been consulted and has no objection to the visitation schedule. All other conditions of his visits would remain unchanged aside from the changed dates.

Undersigned counsel has notified Assistant United States Attorney Lauren Clark and Senior United States Probation Officer Kim Gorton of the proposed modifications. Probation has no

objection to this motion being granted.  AUSA Clark has stated that the government consents to the granting of this motion.

                                        Respectfully submitted,

                                        THE DEFENDANT,
                                        Kevin Curley

                                        FEDERAL DEFENDER OFFICE

Date: August 16, 2021                       /s/ Kelly M. Barrett
                                        First Assistant Federal Defender
                                        265 Church Street, Suite 702
                                        New Haven, CT 06510
                                        Phone: (203) 498-4200
                                        Bar No.: ct27410
                                        Email: kelly_barrett@fd.org

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 16, 2021, a copy of the foregoing Consent Motion to Modify Conditions of Release was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Kelly M. Barrett
                                        Kelly M. Barrett