UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 3:20-MJ-868 (RAR) |
| KEVIN CURLEY | October 5, 2021 |

### CONSENT MOTION TO CONTINUE PROBABLE CAUSE HEARING

The Defendant, Kevin Curley, submits the following motion to continue the probable cause hearing in the above-captioned matter for 60 days, pursuant to Rules 5.1(d) and 45(b) of the Federal Rules of Criminal Procedure. Mr. Curley's hearing is scheduled for October 18, 2021, and he respectfully requests that it be continued to December 17, 2021.

Mr. Curley is currently charged by complaint. Under 18 U.S.C. § 3161(b), an indictment or information must be filed within 30 days of the defendant's arrest. Rule 5.1(c) of the Federal Rules of Criminal Procedure additionally requires that a preliminary hearing be held within 21 days of the initial appearance of a defendant who has been released from custody.

The continuance is sought so that Mr. Curley and counsel may continue to discuss with the government the state of the case and evaluate how to appropriately respond to the charge in this matter, including through the possible resolution of the matter without an indictment or probable cause hearing. Those discussions are active and ongoing, however, additional time is needed due to the complexities of the.

Mr. Curley has orally agreed to waive his rights to a preliminary hearing under Rule 5.1 and speedy trial / indictment under 18 U.S.C. § 3161(b) until December 17, 2021. In addition, an electronically signed version of his speedy trial waiver is attached.

This is Mr. Curley's Seventh request for a continuance of the probable cause hearing.

Assistant United States Attorney Lauren Clark has been consulted and has no objection.

For these reasons and based on the interests of justice, the Defendant requests that the Court continue the probable cause hearing from October 18, 2021 to December 17, 2021.

                                                 Respectfully submitted,

                                                 THE DEFENDANT,
                                                 Kevin Curley

                                                 FEDERAL DEFENDER OFFICE

Date: October 05, 2021                    /s/ Kelly M. Barrett
                                             First Assistant Federal Defender
                                             265 Church Street, Suite 702
                                             New Haven, CT 06510
                                             Phone: (203) 498-4200
                                             Bar No.: ct27410
                                             Email: kelly_barrett@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 05, 2021, a copy of the foregoing Consent Motion to Continue Probable Cause Hearing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                             /s/ Kelly M. Barrett
                                             Kelly M. Barrett