UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                           CRIMINAL NO. 3:20-MJ-868 (RAR)

KEVIN CURLEY                                 November 8, 2021

## **MOTION TO MODIFY CONDITIONS OF RELEASE**

The Defendant, Kevin Curley, submits the following motion to modify the conditions of his release to permit him to run during the week at a particular time and place.

By way of background, Mr. Curley has been released on bond since October 13, 2020, on a set of conditions that include where and with whom he can live, his being subject to home detention with GPS monitoring, and a $150,000 bond co-signed by his wife, father, two sisters, and stepmother. Doc. # 11.  Several modifications have been made in the conditions since then, including allowing changes to his residence, the number and hours of his visits to his children at their mother's house, and the time of his curfew.

He now seeks a modification of the terms of his home detention to allow him to exercise near his home so that he can go running.  Mr. Curley was a competitive runner in college, and running has been an important coping mechanism in his life.  His treatment provider has recommended that he re-engage with running as part of his treatment and utilizing healthy coping mechanisms. Specifically, he would like to be allowed to go running between 9:30 AM and 11:00 AM on weekdays. He asks that his condition of home detention be modified to allow him to drive himself to and from a local jogging trail. The details of and a map of his route have been shared with Probation.  Mr. Curley will utilize only that approved running route.

Undersigned counsel has notified Assistant United States Attorney Lauren Clark and Senior United States Probation Officer Kim Gorton of the proposed modifications. Probation has no objection to this motion being granted. AUSA Clark has stated that the government defers to Probation regarding the relief requested in this motion.

        Respectfully submitted,

        THE DEFENDANT,
        Kevin Curley

        FEDERAL DEFENDER OFFICE

Date: November 08, 2021        */s/ Kelly M. Barrett*
        First Assistant Federal Defender
        265 Church Street, Suite 702
        New Haven, CT 06510
        Phone: (203) 498-4200
        Bar No.: ct27410
        Email: kelly_barrett@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 08, 2021, a copy of the foregoing Motion to Modify Conditions of Release was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        */s/ Kelly M. Barrett*
        Kelly M. Barrett