UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury N-21-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:21-CR-215 (JBA) (CHAR) |
| v. | : | VIOLATIONS: |
| KEVIN CURLEY | : | 18 U.S.C. §§ 2252A(a)(2) and (b)(1) (Receipt of Child Pornography) |
| | : | 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
(Receipt of Child Pornography)

1. Between approximately July 2019 and August 5, 2020, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendant KEVIN CURLEY did knowingly receive material containing child pornography, as that term is defined in Title 18, United States Code, Section 2256(8), including, but not limited to, a computer video file, File #1, whose true name is known to the Grand Jury, knowing that it contained a visual depiction of a minor engaging in sexually explicit conduct, which had been received using any means and facility of interstate and foreign commerce and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## COUNT TWO
(Possession of Child Pornography)

2. On or about August 5, 2020, in the District of Connecticut, the defendant KEVIN CURLEY did knowingly possess material containing child pornography, as that term is defined in Title 18, United States Code, Section 2256(8), including, but not limited to, a computer video file, File #2, whose true name is known to the Grand Jury, knowing that it contained a visual depiction of a minor engaging in sexually explicit conduct, which had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and had been produced using materials which had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

3. Upon conviction of one or more of the offenses alleged in this Indictment, the defendant KEVIN CURLEY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all right, title, and interest in any property used or intended to be used to commit or promote the commission of the said offenses, all property constituting or traceable to gross profits or other proceeds obtained from such offenses, and all visual depictions described in Title 18, United States Code, Sections 2251-2252A, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing such offenses, including, but not limited to, one Dell XPS Tower Computer with Serial No. BXX6125, which was seized from the defendant's residence on or about August 5, 2020.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 2253; Title 21, United States Code, Section 853; and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

LAUREN C. CLARK
ASSISTANT U.S. ATTORNEY

3