**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date  12/21/21

Case #  3:21cr215  JBA    Dft #  1

**UNITED STATES OF AMERICA**

Vs.

Kevin Curley

Honorable Judge  Richardson

Deputy Clerk  A. Blue

AUSA  Lauren C Clark

Counsel for Defendant  Kelly M. Barrett

☐ Retained    ☐ CJA    ■ FPD

Start Time  11:05am    End Time  11:12am

Recess (if more than ½ hr) _____ to _____

USPO _____

Reporter/ECRO/FTR  FTR

Interpreter _____ Language _____

Total Time _____ hours  7  minutes

Hearing held  ☐ in person  ■ by video  ☐ by telephone

**HEARING AND TIME**

| ☐ Initial Appearance ____ | ☐ Initial Appear. Rule 5 ____ | ☐ Detention ____ | ■ Arraignment  7 min |
| ☐ Motion ____ | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☐ Arrest or ☐ Self surrender  Date _____
☐ Case Unsealed
☐ Deft failed to appear
☐ CJA23 financial affidavit filed under seal
☐ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district _____
☐ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of  ■ NOT guilty  ☐ guilty  ☐ nolo contendere; As to counts  1,2 of Indictment

Plea agreement letter ☐ filed  ☐ under seal  ☐ to be filed

☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $ _____ on count(s) _____ . Total of $ _____  ☐ due now  ☐ due at sentencing

Rev. 12-9-21

Page **1** of **2**

## ORDERS
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed  ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
■ Jury Selection set for 3/1/2022 at 9:00am before Judge Arterton
☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted    ☐Denied      ☐Advisement
_____ hearing set for _____ ;  continued until_____

## DETENTION
☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied   ☐Advisement
☐ Order of detention filed
☐ Bond set at $_____  ☐ reduced to $_____ ;  ☐Non-surety   ☐Surety     ☐Personal recognizance
■ Bond  ☐revoked    ☐reinstated     ■continued    ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☐ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

## CONDITIONS OF BOND
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO  ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
☐ As set forth in the Order Setting Conditions of Release
☐ Other _____
_____

## MOTIONS
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement

## NOTES
_____
_____
_____
_____