**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: 5/25/2022
Case #: 3:21-cr-00213-JBA
Dft #: 1

**UNITED STATES OF AMERICA**
Vs.
KEVIN CURLEY

Honorable Judge: Janet Bond Arterton
Deputy Clerk: J. Reis
AUSA: Lauren Clark
Counsel for Defendant: Kelly Barrett
☐ Retained   ☐ CJA   ☒ FPD

Start Time: 11:05 AM   End Time: 12:05 PM
USPO: NA
Recess (if more than ½ hr) _____ to _____
Reporter/ECRO/FTR: Terri Fidanza
Interpreter: NA   Language: NA
Total Time: 1 hours 0 minutes
Hearing held ☒ in person ☐ by video ☐ by telephone

## HEARING AND TIME

| | | | |
|---|---|---|---|
| ☐ Initial Appearance ____ | ☐ Initial Appear. Rule 5 ____ | ☐ Detention ____ | ☐ Arraignment ____ |
| ☐ Motion ____ | ☒ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☒ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☐ Arrest or ☐ Self surrender   Date_____
☐ Rule 5 charging district _____
☐ Case Unsealed
☐ Order appointing FPD
☐ Deft failed to appear
☐ Order appointing Attorney _____
☐ CJA23 financial affidavit filed under seal
☐ Set ATTY flag and notify grievance clerk
☐ Oral Brady Order entered and paper to issue
☐ Defendant waives right to proceed in-person

## FILED IN COURT

| | | |
|---|---|---|
| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

## PLEA

Plea entered of ☐ NOT guilty ☒ guilty ☐ nolo contendere; As to counts: 1 of the Indictment
Plea agreement letter ☒ filed ☐ under seal ☐ to be filed
☒ Petition to enter guilty plea filed

## SENTENCING

☒ Sentencing set for 8/30/2022 at 11:00 AM
☐ Probation 246B Order for PSI & Report filed
☒ Special Assessment of $100 on count(s) 1. Total of $100   ☐ due now ☒ due at sentencing

Rev. 12-9-21
Page **1** of **2**

**ORDERS**
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
■ Scheduling Order filed  ☐ to be filed; ■Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
☐ Jury Selection set for _____ at_____ before Judge_____
☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted   ☐Denied   ☐Advisement
_____ hearing set for _____ ; continued until_____

**DETENTION**
☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied  ☐Advisement
☐ Order of detention filed
☐ Bond set at $_____  ☐ reduced to $_____ ; ☐Non-surety  ☐Surety  ☐Personal recognizance
■ Bond  ☐revoked  ☐reinstated  ■continued  ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☐ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
☐ As set forth in the Order Setting Conditions of Release
☐ Other _____
_____

**MOTIONS**
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted  ☐denied  ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted  ☐denied  ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted  ☐denied  ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted  ☐denied  ☐advisement

**NOTES**
_____
_____
_____
_____