UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.  CRIMINAL NO. 3:21-CR-215 (JBA)

KEVIN CURLEY  July 11, 2022

### MOTION TO MODIFY SENTENCING SCHEDULING ORDER

The Defendant, Kevin Curley, submits the following motion to modify the deadlines for his upcoming sentencing to allow the Probation Office time to complete the Pre-Sentence Investigation.

On May 25, 2022, Mr. Curley plead guilty to one count of receipt of child pornography in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1). The current deadlines for the sentencing process are: PSR due 7/19/22; Objections due 8/2/22; Second Disclosure due 8/12/22; Defendant's Sentencing Memorandum due 8/16/22; Government's Sentencing Memorandum due 8/23/22; Replies due 8/26/22. His sentencing is currently scheduled for August 30, 2022. The United States Probation Office has requested that undersigned counsel file a motion to continue the sentencing schedule, in order to afford it sufficient time to complete the Pre-Sentence Investigation. The Probation Officer believes that a continuance of 30 days will be sufficient. Undersigned counsel has consulted with Mr. Curley, who does not object to a continuance. At the Probation Office's request, and without objection thereto, Mr. Curley therefore seeks a 30-day change to the various deadlines in the sentencing process.

Mr. Curley proposes the following adjusted schedule:

| Item | Current Date | Proposed New Date |
|---|---|---|
| PSR first disclosure due | 7/19/22 | 8/19/22 |
| Objections due | 8/2/22 | 9/2/22 |

| | | |
|---|---|---|
| PSR second disclosure due | 8/12/22 | 9/12/22 |
| Defendant's Sentencing Memorandum due | 8/16/22 | 9/16/22 |
| Government's Sentencing Memorandum due | 8/23/22 | 9/23/22 |
| Replies due | 8/26/22 | 9/27/22 |
| Sentencing | 8/30/22 | On a date convenient to the Court in late September or October 2022 |

Undersigned counsel has conferred with Assistant United States Attorney Lauren Clark and Senior United States Probation Officer Angelica Deniz of the proposed schedule modification. Probation requested that this motion be filed and therefore has no objection to this motion being granted. AUSA Clark has stated that the government does not object to the relief requested in this motion.

>Respectfully submitted,
>
>THE DEFENDANT,
>Kevin Curley
>
>FEDERAL DEFENDER OFFICE

Date: July 11, 2022

>/s/ Kelly M. Barrett
>First Assistant Federal Defender
>265 Church Street, Suite 702
>New Haven, CT 06510
>Phone: (203) 498-4200
>Bar No.: ct27410
>Email: kelly_barrett@fd.org

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 11, 2022, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                          */s/ Kelly M. Barrett*
                          Kelly M. Barrett