UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.   CRIMINAL NO. 3:21-CR-215(JBA)

KEVIN CURLEY   SEPTEMBER 23, 2022

## MOTION FOR PERMISSION TO FILE UNDER SEAL

The Defendant, Kevin Curley, respectfully requests permission for leave to file the accompanying Memorandum in Aid of Sentencing and Exhibits A through K under seal. In support of this Motion, defendant states that the filing of the sentencing memorandum and exhibits under seal is in the interest of justice as they all relate to abuse, mental health, and medical information.

Respectfully submitted,

THE DEFENDANT,
Kevin Curley

FEDERAL DEFENDER OFFICE

Date: September 23, 2022

/s/ Kelly M. Barrett
First Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct27410
Email: kelly_barrett@fd.org

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on September 23, 2022, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Kelly M. Barrett
      Kelly M. Barrett