UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:21-cr-215 (JBA) |
| | : | |
| v. | : | |
| | : | |
| KEVIN CURLEY | : | September 30, 2022 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:  Please enter my appearance as counsel in this case for the United States of America.

Date: September 30, 2022

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*

NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:   (203) 821-3700
Fax:   (203) 773-5376
Email: neeraj.patel@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2022, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  */s/ Neeraj N. Patel*
                                  Neeraj N. Patel
                                  Assistant United States Attorney