UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 3:21-CR-215(JBA) |
| v. | : | |
| | : | |
| KEVIN CURLEY | : | September 30, 2022 |

MOTION FOR ORDER OF FORFEITURE

Pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure and the plea agreement between the United States of America and the defendant, Kevin Curley, the United States of America requests that this Court enter the attached Order of Forfeiture, forfeiting to the United States the defendant's interest in the following: one Dell XPS Tower Computer with serial number BXX6125, which was seized from the defendant's residence on or about August 5, 2020, and which orders the Attorney General of the United States or his authorized designee to seize and maintain custody of the forfeited property and dispose of it in accordance with the law.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*

NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:   (203) 821-3700
Email: neeraj.patel@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2022, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Neeraj N. Patel*
      Neeraj N. Patel
      Assistant United States Attorney