UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

      vs.                                                CRIMINAL NO. 3:21-CR-215(JBA)

KEVIN CURLEY                                       October 3, 2022

**MOTION FOR PERMISSION TO FILE UNDER SEAL**

The Defendant, Kevin Curley, respectfully requests permission for leave to file Exhibit L to Memorandum in Aid of Sentencing under seal. In support of this Motion, defendant states that the filing of Exhibit L under seal is in the interest of justice, as it relates to abuse and mental health.

                                                            Respectfully submitted,

                                                            THE DEFENDANT,
                                                            Kevin Curley

                                                           FEDERAL DEFENDER OFFICE

Date: October 03, 2022                                  */s/ Kelly M. Barrett*
                                                           First Assistant Federal Defender
                                                           265 Church Street, Suite 702
                                                           New Haven, CT 06510
                                                           Phone: (203) 498-4200
                                                           Bar No.: ct27410
                                                           Email: kelly_barrett@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 03, 2022, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                            */s/ Kelly M. Barrett*
                                                           Kelly M. Barrett