UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:21-cr-215 (JBA) |
| | : | |
| v. | : | |
| | : | |
| KEVIN CURLEY | : | October 5, 2022 |

**NOTICE: UPDATE REGARDING THE APPLICABILITY
OF SPECIAL ASSESSMENT UNDER 18 U.S.C. § 3014**

  The Government respectfully submits this notice to update the Court on the status of 18 U.S.C. § 3014, which requires the Court to impose an additional $5,000 special assessment on any non-indigent person convicted of certain offenses, including receipt of child pornography. As the Pre-Sentence Report ("PSR") correctly notes, § 3014 expired on September 11, 2022. PSR ¶ 96. On September 16, 2022, the President signed Public Law No. 117-177, which briefly extended the § 3014 assessment through September 30, 2022. On September 30, 2022, the President signed the Continuing Appropriations and Ukraine Supplemental Appropriations Act, 2023, which further extended the authorization of the $5,000 special assessment under § 3014 to December 16, 2022. *See* Public Law No. 117-180, Division C, Section 102 (Sep. 30, 2022), available at https://www.congress.gov/bill/117th-congress/house-bill/6833/text.

  With this extension, the Court is authorized to impose this assessment at Mr. Curley's sentencing. However, as noted above, the assessment is only applicable if the Court finds that Mr. Curley is "non-indigent." 18 U.S.C. § 3014; PSR ¶ 96. Here, the Court has previously determined that Mr. Curley qualifies for a court-appointed lawyer, and the PSR determined that Mr. Curley does not have the ability to pay a fine. PSR ¶ 87. Accordingly, the Court may find that Mr. Curley is indigent and conclude that the assessment should not be imposed in this case.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*

NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:    (203) 821-3700
Email: neeraj.patel@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Neeraj N. Patel*
Neeraj N. Patel
Assistant United States Attorney