UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:21-cr-215 (JBA) |
| | : | |
| v. | : | |
| | : | |
| KEVIN CURLEY | : | November 4, 2022 |

**CONSENT MOTION FOR RESTITUTION ORDER
AND TO CANCEL RESTITUTION HEARING**

The Government respectfully submits this motion and accompanying proposed order for restitution. On October 7, 2022, the Court sentenced Mr. Curley to 60 months of imprisonment, followed by 5 years of supervised release, and ordered him to pay restitution in an amount to be determined, at a rate of $200 per month or 10% of his gross income per month, whichever is greater. *See* ECF No. 98 (Judgment).

Prior to sentencing, the Government received two requests for restitution from victims in this case. One request was from the victim who uses the pseudonym "Lily," and the other request was from the victim who uses the pseudonym "Pia." The Government provided copies of the restitution requests to counsel for the defendant and the U.S. Probation Office. At the sentencing hearing, counsel for the defendant indicated that she was in contact with counsel for the victims to see if the parties could agree upon restitution without the need for a restitution hearing. Accordingly, the Court scheduled a restitution hearing for November 7, 2022 to give the defendant and the victims time to see if they could reach an agreement.

Since then, the defendant and the two victims have reached an agreement on restitution. The defendant and victim "Lily" have agreed to restitution in the amount of $5,000. The defendant and victim "Pia" have agreed to restitution in the amount of $3,000. The Government has no objection to this agreement on restitution.

Accordingly, the Government respectfully asks the Court to enter the accompanying proposed order for restitution, which the Government prepared using the Court's template for restitution orders, available on the Court's website. The Government can provide an "editable" version of the proposed order to the deputy clerk so that the Court can edit the proposed order if necessary.

In addition, Government requests that the Court cancel the restitution hearing scheduled for November 7, 2022, as the parties believe the hearing is no longer necessary given the agreement on restitution.

The Government has conferred with counsel for the defendant, who has no objection to the proposed restitution order and no objection to cancelling the November 7 hearing.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:   (203) 821-3700 / Fax: (203) 773-5376
Email: neeraj.patel@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2022, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                 */s/ Neeraj N. Patel*
                                                 Neeraj N. Patel
                                                 Assistant United States Attorney